FILED

OCT 3 1 2017

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 17-299 |
| --- | --- | --- |
| v. | ) | (18 U.S.C. §§ 922(g)(1)) |
| JAMES TARIC BYRD | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about February 23, 2015, in the Western District of Pennsylvania, the defendant, JAMES TARIC BYRD, after having been convicted on or about the following dates, in the following courts, at the following court numbers, of the following offenses, each of which is a crime punishable by imprisonment for a term exceeding one year:

| **Date** | **Court** | **Court Number** | **Offenses** |
| --- | --- | --- | --- |
| April 23, 2010 | Court of Common Pleas, Lorain County, Ohio | 02CR061713 | Aggravated Robbery, with Firearm Specification; Robbery, with Firearm Specification; Kidnapping, with Firearm Specification; and Aggravated Burglary, with Firearm Specification |
| October 12, 2000 | Court of Common Pleas of Allegheny Count, Pennsylvania | 199814096 | Aggravated Assault; Firearms not to be Carried without a License; Recklessly Endangering Another Person (two counts) |

did knowingly possess in and affecting interstate commerce a firearm and ammunition, namely a .40 caliber Sig Sauer Model SP 2340 handgun, serial number SP0002203, and eleven rounds of .40 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS

1. The grand jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), as charged in Count One of the Indictment, the following firearm and ammunition, which were involved in the commission of this offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c): a .40 caliber Sig Sauer Model SP 2340 handgun, serial number SP0002203, and eleven rounds of .40 caliber ammunition.

A True Bill,

_____
Foreperson

_____
SOO C. SONG
Acting United States Attorney
DC ID No. 457268