## CRIMINAL CASE INFORMATION SHEET

Pittsburgh __X__          Erie _____          Johnstown _____

Related to No. _____     Judge _____
(All criminal prosecutions arising out of the same criminal transaction or series of transactions are deemed related).

CATEGORY:
1.  ____ Narcotics and Other Controlled Substances
1a. ____ Narcotics and Other Controlled Substances (3 or more Defendants)
2.  ____ Fraud and Property Offenses
2a. ____ Fraud and Property Offenses (3 or more Defendants)
3.  ____ Crimes of Violence
4.  ____ Sex Offenses
5.  _X_  Firearms and Explosives
6.  ____ Immigration
7.  ____ All Others

Defendant's name:                James Taric Byrd

Is indictment waived:            ____ Yes      _X_ No

Pretrial Diversion:              ____ Yes      _X_ No

Juvenile proceeding:             ____ Yes      _X_ No

Defendant is:                    _X_ Male      ____ Female

Superseding indictment or information    ____ Yes      _X_ No

Previous case number: _____

If superseding, previous case was/will be:

_____ Dismissed on defendant's motion
_____ Dismissed on governments' motion
_____ After appellate action
_____ Other (explain)

County in which first offense cited occurred:           Allegheny

Previous proceedings before Magistrate Judge: _____

Case No.: _____

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date continuous U.S. custody began: _____

Defendant:   __X__ is in custody   ____ is not in custody

Name of Institution:   Allegheny County Jail

Custody is on:   ____ this charge   __X__ another charge

____ another conviction

__X__ State   ____ Federal

Detainer filed:   ____ yes   __X__ No

Date detainer filed: _____

Total defendants:   1

Total counts:   1

Data below applies to defendant No.:   1

Defendant's name:   James Taric Byrd

## SUMMARY OF COUNTS

| COUNT | U.S. CODE | OFFENSE | FELONY | MISDEMEANOR |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | Possession of Firearm and Ammunition by a Convicted Felon | X | |

FORFEITURE ALLEGATIONS

I certify that to the best of my knowledge the above entries are true and correct.

DATE:   OCT 3 1 2017

BRENDAN T. CONWAY
Assistant U.S. Attorney
PA ID No. 78726