IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA ) Criminal No. **17-299**
v. ) Judge **CATHY BISSOON**
) Magistrate Judge Lisa Lenihan
**JAMES TARIC BYRD** )

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: **Samantha Stern**   AUSA: **Brendan Conway**

1. Date of arraignment: **1/30/18**

2. Defendant is:  **X** incarcerated.
   ___ on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference:   **X** has been held   ___ has not been held.

6. Discovery is:   **X** completed   ___ not completed.

7. Defendant has requested to be tried by: **X** Jury   ___ non-Jury.

8. All parties have been advised that the matter:
   ___ has been scheduled for trial for _____.
   ___ has not been scheduled for trial.
   **X** has not been scheduled for trial, but will be notified.

9. Estimated trial length for government: **2 weeks**.

   Estimated trial length for defendant: **5 days**.

10. Defendant   **X** has been processed by US Marshal.
    ___ has not been processed by US Marshal, but has been advised to be processed.

s/Lisa Pupo Lenihan
United States Magistrate Judge

cc: Judge **BISSOON**.