# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** )
)
)
Plaintiff )
vs. )   **CRIMINAL CASE NO. 17-299**
**JAMES TARIC BYRD** )
)
)
Defendant

**HEARING ON COMPETENCY**

Before Judge **CATHY BISSOON**

| Brendan T. Conway -AUSA | Samantha L. Stern-FPD |
| | Michael Novara-FPD |
| Appear for Plaintiff | Appear for Defendant |

| Hearing began 2/14/19 at 3:15pm | Hearing adjourned to |
| Hearing concluded 2/14/19 at 3:35pm | Stenographer Rick Ford |

Interpreter:

**WITNESSES**

| For Plaintiff | For Defendant |
| --- | --- |
| Dr.. Robert Wettstein-Live | Defendant would not appear, order to follow. |
| USM Daniel Juba-Live | |